**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 02-cr-00564-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY O. ROBINSON,

    Defendant.

---

**ORDER SETTING HEARING ON MODIFICATION OF
CONDITIONS OF SUPERVISED RELEASE**

---

Pursuant to the Petition for Issuance of Summons for Modification of Conditions of Supervised Release (Doc. # 60) signed by this Court, and at the request of the Probation Department and Defendant's counsel, it is

ORDERED that a hearing on the modification of conditions of supervised release of Defendant Gary O. Robinson has been scheduled for **February 27, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado. The Court has set aside two hours for this hearing. Defendant will be present.

    DATED: January __16__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge